IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01530-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 24.9.18.187,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe, subscriber assigned IP address 24.9.18.187, filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on September 9, 2013, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  September 9, 2013

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge